UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 13-02166-MWF(SSx)**                    Dated: **November 14, 2013**

Title:     Coach, Inc., et al. -*v*- Wal-Mart Stores, Inc., et al.

---

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

|  |  |
|---|---|
| Rita Sanchez | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                               None Present

PROCEEDINGS (IN CHAMBERS):          COURT ORDER

        In light of the Notice of Settlement filed November 13, 2013, the Court sets a hearing on Order To Show Cause Re Dismissal for **December 23, 2013 at 11:30 a.m.**  If the stipulated dismissal is filed prior to this date, the matter will be taken off calendar.  All other dates are hereby vacated.

        IT IS SO ORDERED.

MINUTES FORM 90                            Initials of Deputy Clerk   rs (cb)
CIVIL - GEN

-1-